In the Matter of DIAMOND LEE P., a Child Alleged to be Permanently Neglected. PAULA C., Also Known as PAULA T., Appellant; CARDINAL MCCLOSKEY SERVICES, Respondent. [951 NYS2d 396]—

Respondent failed to demonstrate a reasonable excuse for her default and a meritorious defense to the petition (*see* CPLR 5015 [a] [1]). Even if respondent was unable to attend the dispositional hearing due to a delay at her methadone clinic, she failed to explain why she could not notify her counsel, the court, or the agency about her alleged inability to appear at the hearing (*see Matter of Tyieyanna L. [Twanya McK.]*, 94 AD3d 494, 494 [1st Dept 2012]). Further, respondent failed to show that the agency did not make diligent efforts to help her with her drug problem (*see* Social Services Law § 384-b [7] [f] [3]), or that she had completed the drug programs and maintained sobriety during the statutorily relevant period (*see* § 384-b [7] [a]; *Matter of Octavia Loretta R. [Randy McN.-Keisha W.]*, 93 AD3d 537, 538 [1st Dept 2012]). Nor did she demonstrate that at the time of the dispositional hearing she was ready to care for the child (*Matter of Octavia*, 93 AD3d at 538).

No appeal lies from the order of disposition entered on default (*see Matter of Lisa Marie Ann L. [Melissa L.]*, 91 AD3d 524, 525 [1st Dept 2012]). Were we to review the order, we would conclude that the finding of permanent neglect was supported by clear and convincing evidence, and that a preponderance of the evidence showed that termination of respondent's parental rights was in the best interests of the child. Concur—Andrias, J.P., Sweeny, Catterson, Moskowitz and Manzanet-Daniels, JJ.